# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CKG, INC.; and KIMBERLY CARROL            PLAINTIFFS

v.            No. 4:17CV00019 JLH

BUDGET MAINTENANCE CONCRETE
SERVICES, INC.            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion for summary judgment filed by Budget Maintenance Concrete Services, Inc., is granted. Document #28. The complaint filed by CKG, Inc., and Kimberly Carrol is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE